08-00446 MJJ

United States District Court
Northern District of California

Jonathan Lee Riches©,
Plaintiff

Civil #:

V.

Robin Mizrahi d/b/a National Enquirer Reporter,
Patricia Shipp,
Defendants

## Complaint

42 USC 1983 and whistle blowing act. I'm in solitary. Defendants tax paying money goes to the FCI Williamsburg food budget. Government pork and waste. I get fed a tray of rice everyday. People throw away tons of it, this is tax money mismanagement. I'm being mentally tortured by Defendants. I seek $3 million.

Respectfully submitted

Jonathan Lee Riches.